IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARTHUR WILLIAMS,

        Appellant,

        Case No.  5D21-2728

v.

        LT Case No. 2021-CA-005257-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Orange County,
Paetra T. Brownlee, Judge.

Arthur Williams, Bristol, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.